IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02959-MSK-MJW

VALLEY HIGH MINING COMPANY, a Nevada corporation,

        Plaintiff,

v.

GANDOLF HOLDINGS, INC., A Wyoming corporation,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the electronic Order by Chief Judge Marcia S. Krieger (**Doc. #23**) filed on March 26, 2014, sustaining the objection as to the interest calculation (**Doc. #14**), adopting the recommendation issued by the Magistrate Judge (**Doc. #13**) to grant Motion for Default Judgment (**Doc. #10**) and Motion for Judgment Entry (**Doc. #22**), it is

ORDERED that:

The Recommendation of Magistrate Judge Watanabe (**Doc. #13**) is **ADOPTED** with revision as to the interest rate calculation. Judgment is entered in favor of plaintiff Valley High Mining Company and against defendant Gandolf Holdings, Inc. in the principal amount of $75,000.00, plus reasonable attorney's fees in the amount of $2,835.90 and reasonable court costs to be taxed by the Clerk consistent with Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that pre-judgment interest will be paid from the date of demand

to the date of entry of judgment at the rate of 0.12 percent ($24.66 per day) from September 3, 2013, to the date of the entry of judgment and post- judgment interest will be paid as specified in 28 U.S.C. § 1961 at the rate of 0.14 percent until the total amount of the judgment is satisfied.

Dated this 27th day March, 2014.

                                  ENTERED FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                s/Patricia Glover
                                  Deputy Clerk