### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02959-MSK-MJW

VALLEY HIGH MINING COMPANY,

    Plaintiff,

v.

GANDOLF HOLDINGS, INC.

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the electronic Order by Chief Judge Marcia S. Krieger (**Doc. #23**) filed on March 26, 2014, sustaining the objection as to the interest calculation (**Doc. #14**), adopting the recommendation issued by the Magistrate Judge (**Doc. #13**) to grant Motion for Default Judgment (**Doc. #10**) and Motion for Judgment Entry (**Doc. #22**), it is

ORDERED that the Recommendation of Magistrate Judge Watanabe (**Doc. #13**) is **ADOPTED** with revision as to the interest rate calculation. Judgment is entered in favor of plaintiff Valley High Mining Company and against defendant Gandolf Holdings, Inc. in the principal amount of $75,000.00, plus reasonable attorney's fees in the amount of $2,835.90 and reasonable court costs to be taxed by the Clerk consistent with Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR54.1. It is

FURTHER ORDERED that pre-judgment interest will be paid from the date of demand to the date of entry of judgment at the rate of 12 percent ($24.66 per day) from September 3,2013, to the date of the entry of judgment and post- judgment interest will be paid as specified in 28 U.S.C. § 1961 at the rate of 14 percent until the total amount of the judgment is satisfied.

Dated at Denver, Colorado this 28th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K Lyons

K Lyons
Deputy Clerk